| Form B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>**Coleman- Ramos, Michelle** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names use by Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **7202** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2043 E. 70TH STREET**<br>**Chicago, IL.**<br>**60649** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  *COOK* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** |
|---|---|
| ☒ Individual(s)            ☐ Railroad<br>☐ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | ☒ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancilary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☒ Consumer/Non-Business   ☐ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. S101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. S1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

### Statistical/Administrative Information (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 mil. |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 mil. |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

This space is for court use only

KENNETH S. GARDNER, CLERK
PS REP. - CM

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB 1 2 2010

Form B1,Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Michelle Coleman- Ramos** | |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** | | (If more than one, attach additional sheet) |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code,understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Michelle Coleman-Ramos_
Signature of Debtor

X _____
Signature of Joint Debtor

_773 346 6655_
Telephone Number (If not represened by attorney)

_2/12/10_
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g.,forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7,11,12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **Not Applicable**
Signature of Attorney for Debtor(s)          Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition
☒ No

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
**NONE**
Printed Name of Attorney for Debtor(s)

Firm Name

Address

Address

Telephone Number

Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**EVELYN HERNANDEZ**
Printed Name of Bankruptcy Petition Preparer
**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**
Social Security Number
**5549 W. Gladys**
Address
**1st Fl.**

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual         Date
**Not Applicable**
Printed Name of Authorized Individual

Title of Authorized Individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_2/11/10_
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. S110; 18 U.S.C. S156.

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

## SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | 0.00 | | |
| B - Personal Property | YES | 4 | 1,299.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | 134,716.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | 3,792.76 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | 4,890.00 |
| Total Number of Sheets of ALL Schedules: | | 19 | | | |
| Total Assets: | | | 1,299.00 | | |
| Total Liabilities: | | | | 134,716.00 | |

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing a "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm- unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
|  |  |  | 0.00 | **NONE** |

| | Total: | **$0.00** |
|---|---|---|

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property (All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm- unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **CASH ON HAND** | | **299.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | **X** | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | | **500.00** |
| 5. Books, pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectables. | | **Books, Pictures** | | **200.00** |
| 6. Wearing apparel. | | **Wearing Apparel** | | **300.00** |

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property<br><br>(All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Community | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issurer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property (All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm- unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give partculars. | X | | | |

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property<br><br>(All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm- unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested.  Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total: | $1,299.00 |

In re: **Michelle Coleman- Ramos**                                      Case No.

                                                                        Chapter **7**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. 522(b)(1): Exemptions provided in 11 U.S.C. 522(d). **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceeding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

**All law references are to Illinois Annotated Statutes.**

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **CASH ON HAND** | 735-5/12-1001(b) | 299.00 | 299.00 |
| **Household Goods and Furnishings** | 735-5/12-1001(b) | 500.00 | 500.00 |
| **Books, Pictures** | 735-5/12-1001(a)<br>735-5/12-1001(b) | 200.00 | 200.00 |
| **Wearing Apparel** | 735-5/12-1001(b) | 300.00 | 300.00 |

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeld "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeld "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeld "Disputed". (You may need to place an "X" in more than one of these three columns.)

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | 0.00 | |
| | | | Value: | | | | | |

| | |
|---|---|
| Page total: | **$0.00** |
| **Total:** | **$0.00** |

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed on this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. 507 (a)(2).

☐ **Wages, salaries, and commissions.**
  Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualified independent sales representatives up to $4,650* per person earned within 90 days immediately preceeding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. 507(a)(3).

☐ **Contributions to employee benefit plans**
  Money owed to employee benefit plans for services rendered within 180 days immediately preceeding the filing of the orginial petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(4).

☐ **Certain farmers and fishermen**
  Claims of certain farmers and fishermen, up to $4,650 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. 507(a)(5).

☐ **Deposits by individuals**
  Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. 507(a)(6).

☐ **Alimony, Maintenance, or Support**
  Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
  Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of the filing of the petiton.  Do not include claims listed in Schedules D and E.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these columns.)

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **0230316334** | | | | | | | |
| **ACC CONSUMER FINANCE LLC 10770 WATERRIDGE CIR STE 250 SAN DIEGO, CA. 92121** | | | **COLL FOR AUTO** | | | | **22,000.00** |
| Account No. **9458953302PAO** | | | | | | | |
| **AES NATIONAL COLLEGATE PO BOX 2641 HARRISBURG, PA. 17105** | | | **COLL FOR AUTO** | | | | **10,000.00** |
| Account No. **0575405685** | | | | | | | |
| **AFNI PO BOX 3097 BLOOMINGTON,IL 61702** | | | **COLL FOR CINGULAR** | | | | **2,000.00** |
| Account No. **0230316334** | | | | | | | |
| **AMERICAN COLLECTIONS 919 ESTES CT SCHAUBURG, IL. 60193** | | | **COLL FOR TCF** | | | | **1,200.00** |
| Account No. **324767202** | | | | | | | |
| **Americash Loans 880 Lee Street Suite 302 Des Plaines, IL. 60016** | | | **Payday Loan** | | | | **1,200.00** |

| | | |
|---|---|---|
| | Page total: | **$36,400.00** |

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm-unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 064214508 | | | | | | | |
| AMERICREDIT 801 CHERRY ST. STE 3900 FIRT WORTH, TX. 76102 | | | COLL FOR AUTO | | | | 20,000.00 |
| Account No. 324767202 | | | | | | | |
| AT& T 225 W. Randolph St. Fl. 27A Chicago, IL. 60606 | | | Phone Service | | | | 1,000.00 |
| Account No. 324767202 | | | | | | | |
| Cingular Wireless Glenridge Highlands Two 5565 Glenridge Connector Atlanta, GA. 30342 | | | Cell Phone Service | | | | 6,000.00 |
| Account No. 324767202 | | | | | | | |
| Comcast P.O. Box 3002 Southeastern, PA. 19398-3002 | | | Cable Service | | | | 500.00 |
| Account No. 324767202 | | | | | | | |
| COMED P.O. Box 825379 Chicago, IL. 60680-5379 | | | Electric Service | | | | 3,000.00 |
| Account No. 0352612581 | | | | | | | |
| CONTINENTAL FINANCE 1ST PO BOX 11743 WILLINGTON , DL. 19850 | | | Credit Card Purchases | | | | 700.00 |

|  | Page total: | **$31,200.00** |
|---|---|---|

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm-unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **0126842171** | | | | | | | |
| **CREDIT PROTECTION** **13355 NOEL RD. STE 2100** **DALLAS, TX.** **75240** | | | **COLL FOR MEDIACOM** | | | | 1,000.00 |
| Account No. **0118264261** | | | | | | | |
| **CREDIT PROTECTION** **13355 NOEL RD. STE. 2100** **DALLAS, TX.** **76240** | | | **COLL FOR COMCAST** | | | | 700.00 |
| Account No. **035261581** | | | | | | | |
| **CREDIT SOLUTIONS** **9573 CHESAPEAKE DR. STE 100** **SAN DIEGO, CA.** **92123** | | | **Coll for First of Delawar** | | | | 700.00 |
| Account No. **0118264261** | | | | | | | |
| **DEPENDON COLLECTION** **PO BOX 4833** **OAK BROOK, IL.** **60522** | | | **Medical Services** | | | | 500.00 |
| Account No. **0126446828** | | | | | | | |
| **ENHANCED RECOVERY CORP** **8014 BAYBERRY RD.** **JACKSONVILLE, FL.** **32256** | | | **Coll for sprint** | | | | 3,000.00 |
| Account No. **324767202** | | | | | | | |
| **Hinsdale Lake Terrace** **16W450 Honeysuckle Rose Lane** **Willowbrook, IL.** **60527** | | | **Lease Agreement** | | | | 10,000.00 |

|  | Page total: | **$15,900.00** |
|---|---|---|

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 0127240639 | | | | | | | |
| **IMAGINE CARD FIRST BANK** **PO BOX 105555** **ATLANTA, GA.** **30348** | | | **Credit Card Purchases** | | | | 700.00 |
| Account No. 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 | | | | | | | |
| **Instant  Cash Advance** **1238 N. Ashland  Ave.** **Chicago, IL.** **60622** | | | **Payday Loan** | | | | 750.00 |
| Account No. 0698935603 | | | | | | | |
| **JEFFERSON CAPITAL SYSTEM** **16 MCLELAND RD** **SAINT CLOUD, MN** **56303** | | | **Credit Card Purchases** | | | | 0.00 |
| Account No. 324767202 | | | | | | | |
| **JP CHASE MORGAN** **1111 POLARIS PKWY 54101** **COLUMBUS, OH** **43240** | | | **Banking Service** | | | | 3,000.00 |
| Account No. 0599194110 | | | | | | | |
| **LC SYSTEM INC** **PO BOX 64378** **SAINT PAUL, MN** **55164** | | | **Coll for People gas** | | | | 1,600.00 |
| Account No. D165334N1 | | | | | | | |
| **Leland Scott & Associates** **P.O. Box 300100** **Arlington, TX** **76007** | | | **Coll for Women Workout** | | | | 600.00 |
| | | | | | | Page total: | **$6,650.00** |

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 02255185083 | | | | | | | |
| **LELAND SCOTT & ASSOCIATES PO BOX 153100 ARLINGTON, TX. 78015** | | | **Coll Women workout World** | | | | 600.00 |
| Account No. 324767202 | | | | | | | |
| **Marshalls. Com 5555 Brainard Ave. Countryside, IL. 60153** | | | **Check Return** | | | | 150.00 |
| Account No. **1000372332** | | | | | | | |
| **MB Financial Bank 1200 N. Ashland Ave. Chicago, IL. 60622** | | | **Banking Service** | | | | 3,500.00 |
| Account No. **1000381099** | | | | | | | |
| **MB Finanical Bank 1200 N. Ashland Ave. Chicago, IL. 60622** | | | **Banking Service** | | | | 5,000.00 |
| Account No. **0118244261** | | | | | | | |
| **MIDLAND CREDIT MANAGEMENT 8875 AERO DR SAN DIEGO. CA. 92123** | | | **Credit Card Purchases** | | | | 750.00 |
| Account No. **0118264261** | | | | | | | |
| **NATIONAL CREDIT ADJUSTERS 327 W 4TH AVE. HUTCHINSON, KS. 67501** | | | **Coll for CMG GROUP** | | | | 530.00 |

| | Page total: | **$10,530.00** |
|---|---|---|

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 324767202 | | | | | | | |
| NICOR GAS 1866 W. FERRY RD NAPERVILLE, IL. 60563 | | | Gas Service | | | | 2,000.00 |
| Account No. 5500046187810 | | | | | | | |
| Peoples Gas 130 E. Randolph Dr. Chicago, IL. 60601 | | | Gas Service | | | | 1,200.00 |
| Account No. PD019-70891-47450001 | | | | | | | |
| PLS  LOAN STORE 2132 E 71 ST CHICAGO, IL 60649 | | | Payday Loan | | | | 2,112.00 |
| Account No. PD019-70891-4750002 | | | | | | | |
| PLS LOAN STORE 2132 E 71 TH STREET CHICAGO, IL 60649 | | | Payday Loan | | | | 2,112.00 |
| Account No. PD019-70891-47450003 | | | | | | | |
| PLS LOAN STORE 2132 E 71ST STREET CHICAGO, IL. 60649 | | | Payday Loan | | | | 2,112.00 |
| Account No. 0612623703 | | | | | | | |
| PROFESSIONAL ACCOUNT 633 W  WISCONSIN AVE MILWAUKEE, WI 53203 | | | Coll for TCF Bank | | | | 500.00 |

Page total:    **$10,036.00**

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 5534911 | | | | | | | |
| Professional Acct. MGMT. INC. 2040 W. Wiconsin Ave. Milwaukee, WI. 53233 | | | Coll for TCF Bank | | | | 1,500.00 |
| Account No. 324767202 | | | | | | | |
| PROGRESSIVE INSURANCE 6300 WILSON MILLS CLEVELAND, OH 44143 | | | Coll for SERVICE | | | | 2,000.00 |
| Account No. 0126842171 | | | | | | | |
| STATE COLLECTION SERVICE 2509 S. STOCKTON RD MADISON, WI. 53716 | | | Coll for Interstate power | | | | 700.00 |
| Account No. 324767202 | | | | | | | |
| Sun Cash Loans 5800 W. North Ave. Chicago, IL. 60639 | | | Payday Loan | | | | 800.00 |
| Account No. 5299281 | | | | | | | |
| Ten Dollar Payday Loan. Com 530 W. Plumb Lane Box 117 Reno, NV. 89509 | | | Payday Loan | | | | 500.00 |
| Account No. 324767202 | | | | | | | |
| UIC 1740 W. Taylor St. Chicago, IL. 60612 | | | Nursing Class | | | | 2,000.00 |

Page total: **$7,500.00**

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm-unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **324767202** | | | | | | | |
| **US BANK 209 S. LASALLE STREET CHICAGO, IL 60604** | | | **Banking Service** | | | | **1,500.00** |
| Account No. **0230316334** | | | | | | | |
| **WELTMAN WEINBERG 333 LAKESIDE PL CLEVELAND, OH 44113** | | | **Coll For Education SER** | | | | **15,000.00** |

|  | Page total: | **$16,500.00** |
|---|---|---|
|  | **Total:** | **$134,716.00** |

In re: **Michelle Coleman- Ramos**                                    Case No.

                                                                     Chapter **7**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in the contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the
appropriate schedule of creditors.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule G.

| Name and Mailing Address, Including Zip Code, Of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest.  State Whether Lease is For Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
|  |  |

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceeding the commencement of this case.

☒   Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP **Deshawn Phillips** | AGE **6** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | **LPN** | |
| Name of Employer: | **RENAISSANCE AT MIDWAY** | |
| How long employed: | **ONE YEAR** | |
| Address of Employer: | **4437 S. CICERO AVE** | |
| | **CHICAGO, IL. 60632** | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | 4,320.00 | 0.00 |
| Estimated monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | **$4,320.00** | **$0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 377.24 | 0.00 |
| b. Insurance | 150.00 | 0.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other (Specify:) | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | **$527.24** | **$0.00** |
| TOTAL NET MONTLY TAKE HOME PAY | **$3,792.76** | **$0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | 0.00 | 0.00 |
| Income from real property | 0.00 | 0.00 |
| Interest and dividends | 0.00 | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | 0.00 | 0.00 |
| Social security or other government assistance (Specify:) | 0.00 | 0.00 |
| Pension or retirement income | 0.00 | 0.00 |
| Other monthy income (Specify:) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME | **$3,792.76** | **$0.00** |

| TOTAL COMBINED MONTHLY INCOME | **$3,792.76** |
|---|---|

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

☐ Check this box if a joint petiton is filed and the debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | | **1,050.00** |
| | Are real estate taxes included?    Yes ☐  No ☒ | |
| | Is property insurance included?    Yes ☐  No ☒ | |
| Utilities | Electricity and heating fuel | **150.00** |
| | Water and sewer | **0.00** |
| | Telephone | **150.00** |
| | Other **Day Care** | **400.00** |
| Home maintenance (repairs and upkeep) | | **200.00** |
| Food | | **400.00** |
| Clothing | | **200.00** |
| Laundry and dry cleaning | | **100.00** |
| Medical and dental expense | | **200.00** |
| Transportation (not including car payments) | | **360.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | **200.00** |
| Charitable contributions | | **300.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| | Homeowner's or renter's | **100.00** |
| | Life | **0.00** |
| | Health | **0.00** |
| | Auto | **240.00** |
| | Other | **0.00** |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| | (Specify) | **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be | | |
| included in the plan.) | Auto | **540.00** |
| | Other **RENT A CENTER** | **300.00** |
| | Other | **0.00** |
| Alimony, maintenance, and support paid to others | | **0.00** |
| Payments for support of additional dependents not living at your home | | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | **0.00** |
| | Other | **0.00** |

| | |
|---:|:---:|
| TOTAL MONTHLY EXPENSES | **$4,890.00** |

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re: **Michelle Coleman- Ramos**

Case No. _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 3 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **2/11/10**          Signature of Debtor: _Michelle Coleman-Ramos_

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**EVELYN HERNANDEZ** _____          **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** _____
Name of Bankruptcy Petition Preparer                         Social Security Number

**5549 W. Gladys** _____

**1st Fl.** _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          **2/11/2010** _____
Signature of Bankruptcy Petition Preparer                         Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. 110,  18 U.S.C. 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an athorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of 3 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: **Not Applicable** _____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. 152 and 3571*

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Question 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an appplicable question is "None", mark the box labled "None".  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS:

"In Business".  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceeding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider".  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. 101.

---

**1.    Income from employment or operation of a business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **48000.00** | **RENAISSANCE AT MIDWAY (EMPLOYMENT)** |

**2.    Income other than from employment or operation of a business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income from each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3.    Payments to creditors**

None
☒

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petiton is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5.    Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6.   Assignments and receiverships**

None
☒

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7.   Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8.   Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9.   Payments related to debt counseling or bankruptcy**

None
☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

**10.   Other transfers**

None
☒

List all property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11.   Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_____

**12.   Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_____

**13.   Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_____

**14.   Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

_____

**15.   Prior address of debtor**

None
☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report any separate addresses of either spouse.

_____

**16.   Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

_____

**17.     Environmental Information**

For the purposes of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18.     Nature, location, and name of business**

None
☒

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

None
☒

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11. U.S.C 101.

---

The following questions are to be completed by every debtor that is a corportation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediateley preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19.  Books, records, and financial statements

None
☒

a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☒

b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☒

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☒

d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

---

### 20.  Inventories

None
☒

a.  List the dates of the last two inventories taken on your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☒

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

_____

**21.    Current Partners, Officers, Directors, and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

_____

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

_____

**22.    Former Partners, Officers, Directors, and Shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

_____

None
☒

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

_____

**23.    Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

_____

**24.    Tax Consolidation Group**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

_____

**25.    Pension Funds**

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 2/11/10                          Signature of Debtor _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date:_____          Signature: **Not Applicable** _____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 and 3571*

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**EVELYN HERNANDEZ** _____          **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** _____
Name of Bankruptcy Petition Preparer                     Social Security Number

**5549 W. Gladys** _____

**1st Fl.** _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                          2/11/2010
   Signature of Bankruptcy Petition Preparer                 Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. 156.*

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

## a. Property to be Surrendered

| Description of Property | Creditor's Name |
|---|---|
| **None** | |

## b. Property to be Retained

| Description of Property | Creditor's Name | Property is claimed as Exempt | Property will be redeemed pursuant to 11 U.S.C. 722 | Debt will be reaffirmed pursuant to 11 U.S.C. 524(c) |
|---|---|---|---|---|
| **None** | | | | |

Date: 2/11/10

Signature of Debtor:

---

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**EVELYN HERNANDEZ**

Name of Bankruptcy Petition Preparer

**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**

Social Security Number

**5549 W. Gladys**

**1st Fl.**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X

Signature of Bankruptcy Petition Preparer

2/11/2010

Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. 156.*

ACC CONSUMER FINANCE LLC
10770 WATERRIDGE CIR STE 250
SAN DIEGO, CA.
92121


AES NATIONAL COLLEGATE
PO BOX 2641
HARRISBURG, PA.
17105


AFNI
PO BOX 3097
BLOOMINGTON,IL
61702


AMERICAN COLLECTIONS
919 ESTES CT
SCHAUBURG, IL.
60193


AMERICREDIT
801 CHERRY ST. STE 3900
FIRT WORTH, TX.
76102


AT& T
225 W. Randolph St. Fl. 27A
Chicago, IL.
60606


Americash Loans
880 Lee Street Suite 302
Des Plaines, IL.
60016


COMED
P.O. Box 825379
Chicago, IL.
60680-5379


CONTINENTAL FINANCE 1ST BANK
PO BOX 11743
WILLINGTON , DL.
19850

CREDIT PROTECTION ASSOCIATION
13355 NOEL RD. STE 2100
DALLAS, TX.
75240


CREDIT PROTECTION ASSOCIATION
13355 NOEL RD. STE. 2100
DALLAS, TX.
76240


CREDIT SOLUTIONS
9573 CHESAPEAKE DR. STE 100
SAN DIEGO, CA.
92123


Cingular Wireless
Glenridge Highlands Two
5565 Glenridge Connector
Atlanta, GA. 30342


Comcast
P.O. Box 3002
Southeastern, PA.
19398-3002


DEPENDON COLLECTION SERVICE
PO BOX 4833
OAK BROOK, IL.
60522


ENHANCED RECOVERY CORP
8014 BAYBERRY RD.
JACKSONVILLE, FL.
32256


Hinsdale Lake Terrace
16W450 Honeysuckle Rose Lane
Willowbrook, IL.
60527


IMAGINE CARD FIRST BANK
PO BOX 105555
ATLANTA, GA.
30348

Instant   Cash Advance
1238 N. Ashland  Ave.
Chicago, IL.
60622


JEFFERSON CAPITAL SYSTEM
16 MCLELAND RD
SAINT CLOUD, MN
56303


JP CHASE MORGAN
1111 POLARIS PKWY 54101
COLUMBUS, OH
43240


LC SYSTEM INC
PO BOX 64378
SAINT PAUL, MN
55164


LELAND SCOTT & ASSOCIATES
PO BOX 153100
ARLINGTON, TX.
78015


Leland Scott & Associates
P.O. Box 300100
Arlington, TX
76007


MB Financial Bank
1200 N. Ashland Ave.
Chicago, IL.
60622


MB Finanical Bank
1200 N. Ashland Ave.
Chicago, IL.
60622


MIDLAND CREDIT MANAGEMENT
8875 AERO DR
SAN DIEGO. CA.
92123

Marshalls. Com
5555 Brainard Ave.
Countryside, IL.
60153


NATIONAL CREDIT ADJUSTERS
327 W 4TH AVE.
HUTCHINSON, KS.
67501


NICOR GAS
1866 W. FERRY RD
NAPERVILLE, IL.
60563


PLS   LOAN STORE
2132 E 71 ST
CHICAGO, IL
60649


PLS LOAN STORE
2132 E 71 TH STREET
CHICAGO, IL
60649


PLS LOAN STORE
2132 E 71ST STREET
CHICAGO, IL.
60649


PROFESSIONAL ACCOUNT
633 W  WISCONSIN AVE
MILWAUKEE, WI
53203


PROGRESSIVE INSURANCE
6300 WILSON MILLS
CLEVELAND, OH
44143


Peoples Gas
130 E. Randolph Dr.
Chicago, IL.
60601

```
Professional Acct. MGMT. INC.
2040 W. Wiconsin Ave.
Milwaukee, WI.
53233


STATE COLLECTION SERVICE
2509 S. STOCKTON RD
MADISON, WI.
53716


Sun Cash Loans
5800 W. North Ave.
Chicago, IL.
60639


Ten Dollar Payday Loan. Com
530 W. Plumb Lane Box 117
Reno, NV.
89509


UIC
1740 W. Taylor St.
Chicago, IL.
60612


US BANK
209 S. LASALLE STREET
CHICAGO, IL
60604


WELTMAN WEINBERG
333 LAKESIDE PL
CLEVELAND, OH
44113
```

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re: **Michelle Coleman- Ramos**

Case No.

Chapter **7**

Social Security No:**7202**

# STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY
# WITH RESPECT TO THE FILING OF BANKRUPTCY CASE
## THE DEBTOR / JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:

☒    I received the assistance from a non-attorney in connection with the filing of my bankruptcy case.

1.    I paid the sum of _____    **$    0.00**

2.    I still owe the sum of _____    **$    140.00**

3.    I agreed to turn over or give a security interest in the following property:
      **None**

4.    The name of the person or the name of the firm that assisted me was:
        Name: **EVELYN HERNANDEZ**
      Address: **5549 W. Gladys**
              **1st Fl.**
      Telephone: **(773) 657-0242**

☐   I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at: _____
                    (City, State)

Executed on: _____
                    (Date)

                        Signature of Debtor:_____